■ DEAN PHILLIPS, Appellant, et al., Plaintiff, v TOLNEP LIMO INC. et al., Respondents. [951 NYS2d 870]—

Defendants made a prima facie showing of entitlement to judgment as a matter of law as to plaintiff's claims of "permanent consequential" and "significant limitation of use" of his lumbar spine (Insurance Law § 5102 [d]). Defendants submitted expert medical reports finding normal ranges of motion, as well as the report of a radiologist who opined that changes shown in an MRI of plaintiff were degenerative.

In opposition, plaintiff failed to raise a triable issue of fact as to his lumbar spine injuries. His physician's measurement of a minor limitation in one plane of range of motion was deficient in raising a triable of fact as to whether plaintiff sustained a serious injury (*see Canelo v Genolg Tr., Inc.*, 82 AD3d 584 [1st Dept 2011]; *see also Lattan v Gretz Tr. Inc.*, 55 AD3d 449 [1st Dept 2008]). Such finding does not amount to a serious, or important, limitation of the use within the meaning of Insurance Law § 5102 (d) (*see Sone v Qamar*, 68 AD3d 566 [1st Dept 2009]).

Plaintiff's bill of particulars and deposition testimony refuted his 90/180-day claim, since he alleged that he was confined to home and bed for one week, after which time he returned to work (*see Byong Yol Yi v Canela*, 70 AD3d 584 [1st Dept 2010]). Concur—Andrias, J.P., Friedman, Moskowitz, Freedman and Manzanet-Daniels, JJ.